IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLEVELAND LEE, SR.,

    Plaintiff,

v.

JOHN PAQUIN, Warden, Prairie du Chien
Correctional Institution; ALDERSON,
Records Supervisor, Prairie du Chien
Correctional Institution; MAUREEN
KUMLIN, Registrar/Records Office;
ROBERTS, Records Office Assistant; and
MARY MARTIN, Records Office, Kettle
Moraine Correctional Institution;

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-149-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants: (a) denying plaintiff's request to proceed in forma pauperis on his claim that defendants John Paquin, Alderson, Maureen Kumlin, Roberts and Mary Martin violated plaintiff's rights under the Fourteenth Amendment when they denied plaintiff a parole eligibility date and extended his mandatory release date without prejudice to plaintiff filing an action pursuant to 28 U.S.C. § 2254, and (b) dismissing plaintiff's claim that defendant Paquin violated plaintiff's due process rights under the Fourteenth Amendment when he confiscated plaintiff's property without permission for failure to state a claim upon which relief may be granted.

_____          4/30/10
Peter Oppeneer, Clerk of Court          Date